**EXHIBIT D**

**PLAINTIFF'S EXHIBIT LIST**

| Case Name: Ward v. City of Bloomington | Case No: 13-1271 | Page 1 of 5 |
|---|---|---|

| No: | Description | Admit w/o obj. | Auth. Waived | Objection | Offered | Admit/ Barred |
|---|---|---|---|---|---|---|
| 1. | Letter from McKinley to Ward 7/10/07 | | X | 401/403 | | |
| 2. | Letter from Emily Bell to Ward 3/25/09 | | X | 401/403 | | |
| 3. | Certificate of Attendance Managing Property and Evidence 6/2009 | | X | 401/403 | | |
| 4. | Certificate Training Problem Solving and Critical Thinking 11/2009 | | X | 401/403 | | |
| 5. | Certificate of Membership International Assoc. Evidence 12/31/09 | | X | 401/403 | | |
| 6. | Certificate Certified Property and Evidence Specialist 10/15/10 | | X | 401/403 | | |
| 7. | Disciplinary Action, dated 6/16/10 for occurrence of 6/8/10 | X | X | | | |
| 8. | e-mail from Siron to Ward, Butcher and McKinley August 12, 2010 | | | 401, 403, 901* | | |
| 9. | e-mail from Siron to Ward and response of Ward 9/28/10 (RE: new position) | X | X | | | |
| 10. | Property Records Manager Job Posting 10/21/11 | X | X | | | |
| 11. | e-mail Stanesa to McKinley 11/5/10 (RE: allegations against Siron) | X | X | | | |
| 12. | Letter from Amy Ward to McKinley 11/5/10 | X | X | | | |
| 13. | e-mail from Amy Ward to Stanesa 11/8/10 and response of Stanesa to Siron and Ward (RE: Sheila Stevens) | X | X | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 14. | e-mail from McKinley to Stanesa and Stanesa to Ward 11/8/10 (RE: any more information McKinley) | X | X | | | |
| 15. | e-mail Amy Ward to McKinley 11/22/10 | X | X | | | |
| 16. | e-mail Stanesa to Harris, Butcher, Ward 12/7/10 (RE: MLR Room) | X | X | | | |
| 17. | e-mail Stanesa to Harris, Butcher, Ward 12/9/10 (RE: Chain of Custody) | X | X | | | |
| 18. | e-mail Stanesa to McKinley 12/10/10 | X | X | | | |
| 19. | e-mail Amy Ward to Stanesa 1/5/11 (RE: Job Posting) | X | X | | | |
| 20. | e-mail Amy Ward to McKinley 1/6/11 (RE: ISPD) | X | X | | | |
| 21. | e-mail Tad Williams to McKinley 1/6/11 (RE: call by Amy Ward) | X | X | | | |
| 22. | e-mail Amy Ward to Joshua Walters 1/7/11 (RE: Property Manager) | X | X | | | |
| 23. | Property Records Manager Job Posting 1/7/11 | X | X | | | |
| 24. | e-mail Stanesa to Emily Bell 1/20/11 | X | X | | | |
| 25. | e-mail McKinley to Police Department 1/20/11 (RE: Inventory) | X | X | | | |
| 26. | e-mail McKinley to Police Department 1/21/11 (RE: sexual harassment) | | X | 401/403 | | |
| 27. | e-mail Amy Ward to Stanesa 1/24/11 (RE: sexual harassment) response of Stanesa | | X | 401/403 | | |
| 28. | e-mail Siron to Amy Ward 1/26/11 (RE: Homicide Evidence) and response of Amy Ward | X | X | | | |
| 29. | e-mail Amy Ward to Wall 1/31/11 | X | X | | | |
| 30. | e-mail Stanesa to Amy Ward 2/9/11 | X | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31. | e-mail Amy Ward to Stanesa 2/10/11 (RE: Drying Closet) | X | X | | | |
| 32. | e-mail Amy Ward to Stanesa 2/15/11 and response of Stanesa and photo of drying closet | X | X | | | |
| 33. | e-mail Amy Ward to Stanesa 2/15/11 and response (RE: lunch) | X | X | | | |
| 34. | e-mail Amy Ward to Stanesa 2/18/11 (RE: temporary evidence storage) | X | X | | | |
| 35. | e-mail Amy Ward to Stanesa 2/23/11 | X | X | | | |
| 36. | e-mails from Clay Wheeler to Siron and Amy Ward and responses 3/3/11 | X | X | | | |
| 37. | e-mail Amy Ward to Clay Wheeler ¾/11 | X | X | | | |
| 38. | e-mail Amy Ward to Stanesa 3/7/11 (RE: Inventory) response of Stanesa | X | X | | | |
| 39. | e-mail Marsha Ulrich Per McKinley to Amy Ward 3/14/11 | X | X | | | |
| 40. | e-mail McKinley to Police Department 3/16/11 | X | X | | | |
| 41. | e-mail Amy Ward to Stanesa 3/25/11 (RE: Short Term Evidence Room) and response of Stanesa | X | X | | | |
| 42. | Inventory Issues document 3/31/11 including inventory list of alleged items missing | X | X | | | |
| 43. | Disciplinary Action, dated 4/6/11 for occurrence of 1/12/11, signed 5/3/11 | X | X | | | |
| 44. | Disciplinary Action, dated 4/14/11 for occurrence of 4/14/11 | X | X | | | |
| 45. | Disciplinary Action, dated 4/27/11 for occurrence of 4/5/11 | X | X | | | |
| 46. | Disciplinary Action, dated 5/12/11 for occurrence of 4/7/11, including attached e- | X | X | | | |

3

|     | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|     | mail of 4/7/11 from McKinley to Ward | | | | | |
| 47. | Grievance of Amy Ward 4/5/11 | X | X | | | |
| 48. | e-mail from Amy Ward to McKinley 4/5/11 and McKinley response | X | X | | | |
| 49. | e-mail from Siron to Department 4/5/11 | X | X | | | |
| 50. | e-mail Wall to McKinley 4/7/11 | X | X | | | |
| 51. | e-mail McKinley to Amy Ward 4/7/11 and response of Amy Ward 4/7/11 | X | X | | | |
| 52. | e-mail from Amy Ward to Stanesa 4/11/11 (RE: lunch) | X | X | | | |
| 53. | e-mail from Amy Ward to Stanesa 4/12/11 and response from Stanesa | X | X | | | |
| 54. | e-mail from Amy Ward to Angie Brown dated 4/14/11 and response from Angie Brown | X | X | | | |
| 55. | e-mail from Amy Ward to Stanesa 4/13/11 (RE: temporary storage) | X | X | | | |
| 56. | e-mail from Amy Ward to Siron 4/14/11 (RE: temporary storage) | X | X | | | |
| 57. | e-mail from Amy Ward to Angie Brown dated 4/26/11 (RE: Grievance) and response from Angie Brown | X | X | | | |
| 58. | e-mail from Amy Ward to Stanesa dated 4/26/11 | X | X | | | |
| 59. | e-mail from Amy Ward to Stanesa dated 5/3/11 with hand written note of Amy Ward of 5/3/11 (RE: Evidence storage) | X | X | | | |
| 60. | e-mail from Amy Ward to Stanesa dated 5/3/11 (RE: Evidence during my absence) | X | X | | | |
| 61. | Letter of 6/15/11 from City to Ward | X | X | | | |
| 62. | Letter of 5/31/11 from McKinley to Ward | X | X | | | |
| 63. | Law Enforcement Code of Conduct | X | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | City of Bloomington Police Dept. | | | | | |
| 64. | Photos of Evidence Storage Areas | X | X | | | |
| 65. | Performance Review of Ward, dated March 2010 | X | X | | | |
| 66. | Merit Review of Ward, dated April 2010 | X | X | | | |
| 67. | First Draft of Disciplinary Report of April 5, 2011 incident | X | X | | | |
| 68. | First Draft of Disciplinary Report of April 6, 2011 incident | X | X | | | |
| 69. | Disciplinary Report of April 6, 2011 incident | X | X | | | |
| 70. | Disciplinary Report of April 7, 2011 incident | X | X | | | |
| 71. | Notes of meeting of April 7, 2011 | | | 401, 403, 901* | | |
| 72. | June 15, 2011, first draft of termination letter | X | X | | | |
| 73. | June 15, 2011, letter of termination, reviewed by McKinley | X | X | | | |
| 74. | E-mail communications between McKinley and Human Resources, June 2011 | | X | | | |
| 75. | Wage loss information of Ward including tax returns and pay stubs 2011 to present | | | Foundation, 401, 403, 901* | | |
| 76. | Health insurance premium/coverage information of Ward | | | Foundation, 401, 403, 901* | | |
| 77. | Medical bills for Ward's medical treatment not covered by insurance | | | Foundation, 401, 403, 901* | | |
| 78. | Demonstrative Exhibit of Red Evidence Tape | X | X | | | |

Plaintiff reserves the right to use the depositions of McKinley, Siron, Wall and Stanesa for the purpose of impeachment during trial.

Plaintiff further reserves the right to use any exhibit disclosed by Defendants or any exhibit which would be proper rebuttal evidence.

**\*Where objection is noted with asterisk, Defendants are uncertain as to which document Plaintiff's list refers. Defendants may withdraw the objection if the document is provided.**