| Case Name: Ward v. City of Bloomington, et al. | Case No: 13-cv-1271 | Page: 1 of 8 |
|---|---|---|

## EXHIBIT E – DEFENDANTS' EXHIBIT LIST

| No. | Description | Auth. Waived | Admit w/o obj | Objection | Offered | Admit/ Barred |
|---|---|---|---|---|---|---|
| 1 | Ward deposition transcript | X | | 401 | | |
| 2 | City of Bloomington full-time Employee Handbook | X | X | | | |
| 3 | Employee Handbook Acknowledgment | X | X | | | |
| 4 | Law Enforcement Code of Conduct | X | X | | | |
| 5 | Property and Records Manager Job Description | X | X | | | |
| 6 | 6/22/09 memo to Chief McKinley | X | | 401, 403 | | |
| 7 | 1/5/10 email from Ward to Police Department | X | | 401, 403 | | |
| 8 | Ward's memo to Human Resources | X | | 401, 403 | | |
| 9 | 4/21/10 email from Ward to Asst. Chief Siron (City 5622) | X | | 401, 403 | | |
| 10 | 6/16/10 Record of Disciplinary Action | X | X | | | |
| 11 | City of Bloomington Position Questionnaire prepared by Ward | X | | 401, 403 | | |
| 12 | 10/14/10 memo from meeting with Emily Bell, Ward, Asst. Chief Siron, and Lt. Stanesa | | | 401, 403 | | |

| Case Name: Ward v. City of Bloomington, et al. | | Case No: 13-cv-1271 | | Page: 2 of 8 | |
|---|---|---|---|---|---|

| No. | Description | Auth. Waived | Admit w/o obj | Objection | Offered | Admit/ Barred |
|---|---|---|---|---|---|---|
| 13 | 8/12/10 email from Ward to Asst. Chief Siron, Lt. Butcher, and Chief McKinley | X | | 401, 403 | | |
| 14 | 9/28/10 email from Ward to Asst. Chief Siron (City 6459) | X | | 401, 403 | | |
| 15 | 10/13/10 email from Ward to Asst. Chief Siron (City 6557) | X | | 401, 403 | | |
| 16 | 11/5/10 memo to Chief McKinley (PL89-83) | X | X | | | |
| 17 | McKinley deposition transcript | X | | 401 | | |
| 18 | 12/7/10 Ward Request to Review Personnel File | X | | 401, 403 | | |
| 19 | 12/7/10 email from Lt. Stanesa to Lt. Stan Harris, and Lt. Butcher (cc'ing Ward) | X | | 401, 403 | | |
| 20 | 1/5/11 email from Ward re: manager position posting (City 1675) | X | | 401, 403 | | |
| 21 | 1/6/11 email from Ward to Chief McKinley and Lt. Stanesa re: Tad Williams (City 1700) | X | X | | | |
| 22 | 1/13/11 memo to Human Resources from Ward | X | | 401, 403 | | |

| Case Name: Ward v. City of Bloomington, et al. | | Case No: 13-cv-1271 | | Page: 3 of 8 | |
|---|---|---|---|---|---|

| No. | Description | Auth. Waived | Admit w/o obj | Objection | Offered | Admit/ Barred |
|---|---|---|---|---|---|---|
| 23 | 1/13/11 Ward FOIA Request | X | | 401, 403 | | |
| 24 | 1/20/11 email from Chief McKinley to entire Police Department | X | X | | | |
| 25 | 1/27/11 Ward FOIA Request | X | | 401, 403 | | |
| 26 | 2/9/11 email from Lt. Stanesa to Ward | X | X | | | |
| 27 | 2/10/11 email from Ward to Lt. Stanesa re: temporary evidence location (City 2518, 2661) | X | X | | | |
| 28 | 2/15/11 email between Lt. Stanesa and Ward | X | X | | | |
| 29 | 2/18/11 and 2/23/11 emails from Ward to Lt. Stanesa (City 2773, 2867) | X | X | | | |
| 30 | 3/25/11 email from Lt. Stanesa (City 00007, 3658) | X | X | | | |
| 31 | 4/5/11 emails between Asst. Chief Siron, Ward, and Chief McKinley (City 000294-295, 3852-3853) | X | X | | | |
| 32 | 4/7/11 emails between Ward, Asst. Chief Wall, and Chief McKinley (City 3958-3959) | X | X | | | |
| 33 | Stanesa deposition transcript | X | | 401 | | |

| Case Name: Ward v. City of Bloomington, et al. | | Case No: 13-cv-1271 | | Page: 4 of 8 | |
|---|---|---|---|---|---|

| No. | Description | Auth. Waived | Admit w/o obj | Objection | Offered | Admit/ Barred |
|---|---|---|---|---|---|---|
| 34 | 4/11/11 Record of Disciplinary Action (City 00004) | X | X | | | |
| 35 | 4/27/11 Record of Disciplinary Action (City 00046) | X | X | | | |
| 36 | 5/3/11 Record of Disciplinary Action (City 00040) | X | X | | | |
| 37 | 5/3/11 email from Ward to Lt. Stanesa (City 00137, 4772) | X | X | | | |
| 38 | 5/12/11 Record of Disciplinary Action (City 00035-37) | X | X | | | |
| 39 | 6/15/11 letter from Emily Bell to Ward (City 00024-5) | X | X | | | |
| 40 | Evidence location record (City 00005-6; related to Ex. 34) | | | 401, 403 | | |
| 41 | 1/6/11 Email from Tad Williams to McKinley (City 00010). | X | X | | | |
| 42 | Memo by Amy Ward re 4/5/11 Occurrence (City 00011-14; PL 84-86) | X | X | | | |
| 43 | 4/14/11 Email (City 00034) | X | X | | | |
| 44 | 4/14/11 – Rec. Discipline – Void (City 00033) | X | X | | | |

| Case Name: Ward v. City of Bloomington, et al. | | Case No: 13-cv-1271 | | Page: 5 of 8 | |
|---|---|---|---|---|---|

| No. | Description | Auth. Waived | Admit w/o obj | Objection | Offered | Admit/ Barred |
|---|---|---|---|---|---|---|
| 45 | 5/31/11 – McKinley letter re leave (City 00032) | X | X | | | |
| 46 | 6/15/11 Emily Bell Appointment – discipline mtg (City 00026) | | | 401, 403 | | |
| 47 | 6/15/11 Emily Bell Appointment – pre-discipline mtg. (City 00027-29) | | | 401, 403 | | |
| 48 | 6/15/11 Emily Bell Appointment – Stephens (City 00030-31) | | | 401, 403 | | |
| 49 | 4/7/11 Email Wall to McKinley to Ward (City 00038-39) [need color version from email download] | X | X | | | |
| 50 | 4/11/11 Rec. Discipline (City 000043) | X | X | | | |
| 51 | 12/7/10 Request to Review Personnel File (City 00050) | X | | 401, 403 | | |
| 52 | 3/29/09 Letter McKinley promoting Ward (City 00079) | X | X | | | |
| 53 | 4/12/11 E. Jackson memo (City 000197) | | | 401, 403 | | |
| 54 | 3/31/11 Ward memo re inventory (City 000216-218) | X | X | | | |
| 55 | 10/14/10 Bell Appt (City 000220-222) | | | 401, 403 | | |

| Case Name: Ward v. City of Bloomington, et al. | | Case No: 13-cv-1271 | | Page: 6 of 8 | |
|---|---|---|---|---|---|

| No. | Description | Auth. Waived | Admit w/o obj | Objection | Offered | Admit/ Barred |
|---|---|---|---|---|---|---|
| 56 | Full staff meeting minutes (City 223-226) | | | 401, 403 | | |
| 57 | Emails re 4/7/11 full staff meeting (City 000233-235) | X | X | | | |
| 58 | Email McKinley-Ward re staff meeting (City 000239-240) | X | X | | | |
| 59 | 1/13/11 Request for Public Records (City 000318) | X | | 401, 403 | | |
| 60 | 1/13/11 Ward memo to HR (City 000319) | X | | 401, 403 | | |
| 61 | Docs re Records Manager Position (City 000327-330) | X | X | | | |
| 62 | 9/20/10 - Position Questionnaire by Ward (City 000355-363) | X | | 401, 403 | | |
| 63 | Evidence Inventory Report (City 000966-973) | | | 401, 403 | | |
| 64 | 7/19/10 Ward email to Butcher (City 6067) | X | | 401, 403 | | |
| 65 | 11/5/10 – Stanesa email to McKinley re allegations (City 6719) | X | | 401, 403 | | |
| 66 | 11/8/10 – Emails re Ward and Sheila Stevens | X | | 401, 403 | | |
| 67 | 12/7/10 – Stanesa email McKinley re Siron (City 6953) | X | X | | | |

| Case Name: Ward v. City of Bloomington, et al. | | Case No: 13-cv-1271 | | Page: 7 of 8 | |
|---|---|---|---|---|---|

| No. | Description | Auth. Waived | Admit w/o obj | Objection | Offered | Admit/ Barred |
|---|---|---|---|---|---|---|
| 68 | 1/7/11 – Email to Ward re new position (City 1714-1715) | X | | 401, 403 | | |
| 69 | 1/19/11 – Email Stanesa to McKinley re Siron (City 7212-7213) | X | | 401, 403 | | |
| 70 | 1/27/11 Ward emails re FOIA (City 2197-2198, 2254) | X | | 401, 403 | | |
| 71 | 2/25/11 Email Ward to Stanesa (City 2925) | X | X | | | |
| 72 | 3/3/11 Emails re evidence locations (City 3149-50) | X | X | | | |
| 73 | 3/7/11 Email Ward to Stanesa re evidence (City 3204) | X | X | | | |
| 74 | 3/15/11 Email Ward re evidence locations (City 3414-3415) | X | X | | | |
| 75 | 3/31/11 Email Ward to McKinley re missing evidence (City 3793-3795) | X | X | | | |
| 76 | 4/10/11 Emails McKinley and Bell (City 7714) | X | X | | | |
| 77 | 4/14/11 Email Ward to Siron (City 4154) | X | X | | | |
| 78 | 4/14/11 Email Ward to Brown (4161, 4472) | X | X | | | |

| Case Name: Ward v. City of Bloomington, et al. | | Case No: 13-cv-1271 | | Page: 8 of 8 | |
|---|---|---|---|---|---|
| No. | Description | Auth. Waived | Admit w/o obj | Objection | Offered | Admit/ Barred |
| 79 | 5/6/11 Email McKinley re Ward (City 7886) | X | X | | | |
| 80 | 5/27/11 Email McKinley – Bell re Ward (City 8231) | X | X | | | |
| 81 | Job Postings for Property Manager (PL287-291) | X | | 401, 403 | | |
| 82 | Email – Ward-Siron (PL357-363) | X | X | | | |
| 83 | Email – Ward-Siron (PL364-367) | X | X | | | |
| | | | | | | |
| | Defendant may also use any exhibit identified by Plaintiff, any deposition taken in this case, and any document produced in discovery for impeachment. | | | | | |
| | | | | | | |

4815-7266-7195, v. 1
4815-7266-7195, v. 1