**E-FILED**
Wednesday, 07 December, 2016  02:33:47 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

## PEORIA DIVISION

| | | |
|---|---|---|
| AMY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-1271 |
| | ) | |
| CITY OF BLOOMINGTON, a unit of local | ) | |
| government organized under the laws of | ) | |
| the State of Illinois, RANDY MCKINLEY, | ) | |
| Former Chief of Police of City of Bloomington | ) | |
| Police Department, ROBERT J. WALL, | ) | |
| Assistant Chief of Police of City of | ) | |
| Bloomington, ROBERT SIRON, | ) | |
| Assistant Chief of Police of City of | ) | |
| Bloomington, and TIM STANESA, Lt. | ) | |
| City of Bloomington Police Department. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

NOW COMES the Plaintiff, AMY WARD, by her attorneys, COSTIGAN &

WOLLRAB, P.C., and for her Proposed Voir Dire Questions suggests the following:

1.     Have you or anyone close to you ever been employed by any government agency?

2.     Have you or anyone close to you ever been employed in law enforcement?

3.     Have you or anyone close to you ever worked in a human resources department or

been responsible for that aspect of a business?  If yes, please explain.

4.     Are any of you currently responsible for hiring and firing employees at work?

5.     Have you or anyone close to you ever been laid off, terminated or otherwise lost a

meaningful job?

6.    Have you or anyone close to you ever been subject to treatment on the job that you considered discriminatory or retaliatory?  If yes, please explain.

7.    Have you or anyone close to you ever been self-employed or owned a business of any kind?

8.    Have you or anyone close to you ever had a legal dispute with a co-employee or employer?  What was the nature of the dispute?

9.    Have you ever filed a grievance or claim regarding any employment related issues?

10.    Do you have an opinion whether working for a municipality would be more favorable than working for private enterprise?

11.    Have you ever had any training in the preservation of evidence or a related field?

12.    In this case, Plaintiff claims that she was terminated due to her communication to the Illinois State Police. Do you feel that because of the nature of Plaintiff's claim you would have difficulty rendering a fair and impartial verdict in the case?

13.    Do you believe that an employer has the right to restrict what a person communicates to another governmental agency?

14.    Does anyone believe that an employer should be able to terminate someone for whatever reason they want?

15.    Just because a witness is a law enforcement officer, would you give their testimony more weight than a private citizen?

16.    Does anyone believe that an employee is required to first make an internal grievance to her employer complaining about discrimination or retaliation?

2

17.      Where people have a dispute, do you think it's important to hear both sides of a

dispute?


                      Respectfully Submitted,

                      AMY WARD, Plaintiff

                      <u>BY: s/Dawn L. Wall</u>
                      Dawn L. Wall Bar Number 6196948
                      Attorney for Plaintiff
                      Costigan & Wollrab, P.C.
                      308 E. Washington Street
                      Bloomington, Illinois 61701
                      (309) 828-4310 phone
                      (309) 828-4325 fax
                      dwall@cwlawoffice.com

## CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES

        I hereby certify that on December 7, 2016, I electronically filed the Plaintiff's Proposed Voir Dire Questions with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter R. Jennetten
Quinn, Johnston, Henderson, Pretorius, & Cerulo
227 N.E. Jefferson Ave.
Peoria, IL 61602
pjennetten@qjhpc.com
kjohnson@qjhpc.com

                        /s/ Dawn L. Wall
                      Ms. Dawn L. Wall, Bar No.: 6196948
                      Costigan & Wollrab, P.C.
                      308 E. Washington Street
                      Bloomington, Illinois 61701
                      Phone: (309) 828-4310
                      dwall@cwlawoffice.com